UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JESSICA GANN, <br> TOMIKA HICKS, <br> TRACEY CLARK, <br> FAYE E. MILES, <br> PAULETTA C. PRYOR, <br> MARY AUSTIN, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSHUA RICHARDSON, <br> JOHN DOE, <br><br> Defendants. | No. 1:13-cv-00532-SEB-TAB |

## **JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiffs.

IT IS SO ORDERED.

Date: _____9/3/2014_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE LLP
glohman@fdgtlaborlaw.com

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE LLP
wgroth@fdgtlaborlaw.com

William Martain Krowl
KROWL LAW, LLC
krowllegal@gmail.com

David A. Arthur
OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov